HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
JAMILA FRANCISCO
Law Student Extern
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
ELIZABETH CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH CORDOVA,<br><br>Defendant. | Case No. Cr. S. 2:21-cr-0085 JAM<br><br>[proposed] ORDER TERMINATING SUPERVISED RELEASE<br><br>Judge: Hon. John A. Mendez |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Ms. CORDOVA for the reasons set forth in his motion for early termination

Dated: June 30, 2022

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE